# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| James William Keck,<br><br>　　　Petitioner<br><br>v.<br><br>State of Nevada,<br><br>　　　Respondent | 2:16-cv-02984-JAD-PAL<br><br>**Order Granting Motion to Withdraw as Counsel**<br><br>[ECF No. 2] |

For good cause shown,

IT IS HEREBY ORDERED that petitioner **James Keck's retained counsel's motion to withdraw as counsel [ECF No. 2]** is **GRANTED** and that Mr. Cal J. Potter, III, and Mr. Cal J. Potter, IV, are **WITHDRAWN** as counsel for petitioner.

IT FURTHER IS ORDERED that Keck in proper person will have until January 10, 2018, to retain replacement counsel or to seek other appropriate relief. If Keck has not done so within that time period, the matter will proceed as a *pro se* action, and Keck will represent himself without counsel.

The **Clerk of Court** is directed to **SEND** a copy of this **order to Keck in proper person, referencing his back number #1095049**, at the institutional inmate mail address for the **Southern Desert Correctional Center**.

DATED: October 10, 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　United States District Judge